No. 81–365. EA INDUSTRIES, INC. *v.* AMI INDUSTRIES, INC. C. A. 4th Cir. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.

No. 81–403. TEXAS *v.* GREEN. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.